IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| **ROBERT L. WISE,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 4:10-cv-04488 |
| § | |
| **UNITED STATES DEPARTMENT OF** § | |
| **VETERANS AFFAIRS, BANK OF** § | |
| **AMERICA, N.A., WELLS FARGO** § | |
| **BANK N.A., RE/MAX NORTHWEST** § | |
| **REALTORS, and DELILAH** § | |
| **BIRMINGHAM,** § | |
| § | |
| **Defendants.** | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1, Defendants Bank of America, N.A., and United States Department of Veterans Affairs, provides the following certificate of interested persons:

| | PARTIES TO SUIT | AFFILIATION OF PARTY TO SUIT | ADDITIONAL FINANCIALLY INTERESTED ENTITIES AND/OR INDIVIDUALS |
|---|---|---|---|
| 1. | Robert L. Wise | Plaintiff | None known. |
| 2. | Bank of America, N.A. | Defendant | Bank of America, N.A. is 100% owned by BANA Holding Corp., which is 100% owned by BAC North America Holding Company. BAC North America Holding Company is 100% owned by NB Holdings Corp., who is in turn 100% owned by Bank of America Corp., whose shares are publicly traded. No public company has an ownership interest of 10% or more in Bank of America, N.A. Bank of America Corporation does not have any parent corporations and no publicly-held company has an ownership interest of 10% or more in Bank of America Corporation. |

| 3. | United States Department of Veterans Affairs | Defendant | None known. |
|---|---|---|---|
| 4. | RE/MAX Northwest Realtors | Defendant | None known. |
| 5. | Delilah Birmingham | Defendant | None known. |

Date: November 12, 2010

Respectfully submitted,

    */s/ Joshua J. Bennett*
C. Charles Townsend,
*Attorney-in-charge*
SBN: 24028053  FBN: 1018722
Joshua J. Bennett
*Of-counsel*
SBN: 24059444  FBN: 1048588
AKERMAN SENTERFITT, LLP
Plaza of the Americas, Suite S1900
600 North Pearl Street
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339
**ATTORNEYS FOR DEFENDANTS
BANK OF AMERICA, N.A. and
UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 12, 2010, a true and correct copy of the foregoing was served via Certified Mail, Return Receipt Requested, as follows:

Anne K. Ritchie
2010 McClendon #1
Houston, Texas 77030
*Attorney for Plaintiff*

    */s/ Joshua J. Bennett*
Joshua J. Bennett