IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT L. WISE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-cv-04488 |
| | § | Jury Demanded |
| UNITED STATES DEPARTMENT OF | § | |
| VETERANS AFFAIRS, BANK OF | § | |
| AMERICA, N.A., WELLS FARGO | § | |
| BANK, N.A., RE/MAX NORTHWEST | § | |
| REALTORS, AND DELILAH | § | |
| BIRMINGHAM | § | |
|     Defendants. | § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED PETITION**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

**NOW COMES** Plaintiff, Robert L. Wise, Movant herein, and files this Motion For Leave to File Amended Petition and states as follows:

I.

Plaintiff hereby requests leave of this Court to file an amended Complaint, <u>subject to</u> his Motion to Remand, pursuant to Fed. R. Civ. P. 15(a)(2).

Plaintiff's First Amended Petition was specially excepted to by Defendants RE/MAX Northwest Realtors, Delilah Birmangham, and Wells Fargo Bank, N.A. in that it was not clearly spelled out against which parties each of the causes of action were being pursued. The Second Amended Complaint is an attempt to address those special exceptions. Further, it is an attempt to address inartful pleading on the part of Plaintiff's counsel. Plaintiff's counsel had been aware of several deficiencies in the First Amended Petition for some time and had been crafting the

amendments since shortly after the First Amended Petition was filed.  Only the Removal to this Court is prohibiting Plaintiff from being allowed to amend freely under the liberal pleading amendment rules as practiced in Texas state courts.

FED. R. CIV. P. 15(a)(2) provides that leave to file an amended petition should freely be given "when justice so requires."  This case, at its core, involves a lender's defective foreclosure and title to Plaintiff's homestead real property in Harris County, Texas.  The amendments to the pleading are intended to respond to the special exceptions and to clarify the causes of action.  Justice will be served by allowing filing of Plaintiff's Second Amended Complaint, subject to Plaintiff's Motion to Remand.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff, Robert L. Wise, prays that the Court will grant Plaintiff's Motion.

Respectfully submitted,

By: *Anne K. Ritchie*
Anne K. Ritchie
Attorney-in-Charge
Texas Bar No. 00794532
Appearing pro hac vice
2010 McClendon #1
Houston, Texas  77030
Tel. (832) 767-0406
Fax. (832) 203-1525
Attorney for Plaintiff
Robert L. Wise

By: /s/ *Barry S. Baumgarten*
Barry S. Baumgarten
Texas Bar No. 01931980
Federal Bar No. 73917
2402 Commonwealth Street #100
Houston, Texas  77006
Tel. (713) 247-9500
Fax. (713) 222-7002
Attorney for Plaintiff
Robert L. Wise

## **CERTIFICATE OF CONFERENCE**

This is to certify that on December 8 &9, 2010, the undersigned attorney conferred with Joshua Bennett, Mark Bankston, Marshall G. Rosenberg and Daniel David Hu in good faith to resolve the issues surrounding this matter without court intervention.  Joshua Bennett was not opposed to the filing of the amended Complaint, so long as the jurisdiction of this Court was not affected.  Mark Bankston was sent a copy of the amended Complaint to review, but was unable to respond to the undersigned attorney in time for filing.  Marshall G Rosenberg was unopposed to an earlier draft of the Complaint, but was unable to respond to a later draft in time for filing.  A message was left for Daniel David Hu that was not returned.  Therefore, the matter is presented to the Court for determination.

/s/ *Anne K. Ritchie*
Anne K. Ritchie

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2010, a true and correct copy of the foregoing was sent by electronic document transfer through the Court's electronic filing system to the attorneys of record as indicated below.

/s/ *Anne K. Ritchie*
Anne K. Ritchie
E-mail:  law@annekritchie.com


C. Charles Townsend
SBN 24028053  FBN: 1018722
Joshua Bennett
SBN 24059444  FBN: 1048588
Akerman Senterfitt, LLP
Plaza of the Americas, Suite S1900
600 North Pearl Street
Dallas, Texas  75201
TEL:  214.720.4300
FAX:  214.981.9339
E-mail:  joshua.bennett@akerman.com
Attorneys for United States Department of Veterans Affairs

George A. Kurisky, Jr.
SBN 11767700
Mark A. Bankston
SBN 24001430
Johnson, Deluca, Kennedy & Kurisky
1221 Lamar Street, Ste. 1000
Houston, Texas  77010-3050
TEL:  713.652.2525
FAX:  713.652.5130
E-mail:  mbankston@jdkklaw.com
Attorneys for Wells Fargo Bank, N.A.
Johnson, DeLuca, Kennedy & Kurisky

Marshall G. Rosenberg
SBN 12771450
Barker, Lyman, P.C.
3800 One Houston Center
1221 McKinney Street
Houston, Texas  77010
TEL:  713.759.1990
FAX:  713.652.2419
E-mail:  MRosenberg@LymanLaw.com
Attorney for RE/MAX Northwest Realtors and Delilah Birmingham

Daniel David Hu
SBN: 10131415; FBN: 7959
Assistant United States Attorney
P.O. Box 61129
Houston, Texas  77208-1129
TEL:  713.567.9518
FAX:  713.718.3303
Date:  November 29, 2010